Anthony J. Caruso (0040773)
Attorney for Defendant Skyline Chili Restaurant

Eastern District of Kentucky
**FILED**
MAR 1 8 2008
AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION AT COVINGTON

**LOUISIANA COUNSELING AND FAMILY SERVICES, et al.**

    Plaintiffs,

vs.

**SKYLINE CHILI RESTAURANT, et al.**

    Defendants.

Case No. 2:07-cv-00134

(Judge Bunning)

**AGREED ORDER OF DISMISSAL [PARTIAL]**

*Filed Electronically*

By agreement of the Plaintiffs and Defendant Skyline Chili Restaurant ("Skyline"), it is hereby ordered that all claims against Skyline in this matter are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). **Skyline's Motion to Dismiss is denied as moot.**

This 18th day of March, 2008.

Signed By:
David L. Bunning
United States District Judge

/s/ Anthony J. Caruso, Esq.
Anthony J. Caruso, Esq. (85074)
*Attorney for Defendant Skyline Chili Restaurant*
KOHNEN & PATTON LLP
201 East Fifth Street, Suite 800
Cincinnati, OH 45202
Telephone:    (513) 381-0656
Facsimile:    (513) 381-5823
tcaruso@kplaw.com

/s/ Jonathan M. Bruce, Esq.
Jonathan M. Bruce, Esq. (89605)
*Attorney for Plaintiffs*
Gateway Center West
300 Madison Avenue, Suite 200
Covington, Kentucky 41011
Telephone: (859) 431-5297
Facsimile: (859) 491-3622
jonermb@yahoo.com

312406.1:SKY00.LC001