UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CASE NO. 2:07-CV-134-DLB

| | |
|---|---|
| **Louisiana Counseling and Family Services**, *et al.* | : |
| | : ELECTRONICALLY FILED |
| Plaintiffs, | : |
| | : |
| vs. | : PARTIAL AGREED ORDER OF |
| | : DISMISSAL |
| **Skyline Chili Restaurant**, *et al.* | : |
| | : |
| | : |
| Defendants. | : |

By agreement of the Plaintiffs and Defendant Smokey, Inc., d/b/a Riverfront Pizza, it is hereby ordered that all claims against Smokey, Inc. d/b/a Riverfront Pizza are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

This ____ day of April, 2008.

_____
Hon. David L. Bunning
United States District Judge

/s/ Jonathan Bruce
Jonathan Bruce
Gateway Center, West
300 Madison Ave., Suite 200
Covington, KY  41011
Telephone: (859) 431-5297
Fax:  (859) 491-3622
jonermb@yahoo.com
*Attorney for Plaintiffs*

/s/ Kelly A. Schoening
Kelly A. Schoening
Deters, Benzinger & LaVelle, PSC
207 Thomas More Park
Crestview Hills, KY  41017
Telephone:  (859) 341-1881
Fax:  (859) 341-1469
kschoening@dbllaw.com
*Attorney for Defendant Smokey, Inc.*

153156.1