UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CASE NO. 2:07-CV-134-DLB

| | |
|---|---|
| **Louisiana Counseling and Family Services, *et al.*** | : |
| | : |
| | : ELECTRONICALLY FILED |
|     **Plaintiffs,** | : |
| | : |
| vs. | : PARTIAL AGREED ORDER OF |
| | : DISMISSAL |
| **Skyline Chili Restaurant, *et al.*** | : |
| | : |
| | : |
|     **Defendants.** | : |

By agreement of the Plaintiffs and Defendant Shearer Foods, Inc., (referred to as Waffle House, 311 Philadelphia in Plaintiff's Complaint) it is hereby ordered that all claims against Shearer Foods ("Waffle House") are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2). Shearer Foods' ("Waffle House") Motion to Dismiss is hereby denied as Moot.

This ____ day of March, 2008.

 

_____
Hon. David L. Bunning
United States District Judge

/s/ Jonathan Bruce
Jonathan Bruce
Gateway Center, West
300 Madison Ave., Suite 200
Covington, KY 41011
Telephone: (859) 431-5297
Fax: (859) 491-3622
jonermb@yahoo.com
*Attorney for Plaintiffs*

/s/ Kelly A. Schoening
Kelly A. Schoening
Deters, Benzinger & LaVelle, PSC
207 Thomas More Park
Crestview Hills, KY  41017
Telephone:  (859) 341-1881
Fax:  (859) 341-1469
kschoening@dbllaw.com
*Attorney for Defendant Smokey, Inc.*

153230.1