UNITED STATES FEDERAL DISTRICT COURT
DISTRICT OF COVINGTON KENTUCKY

JUN 2008

| | | |
|---|---|---|
| **LOUISIANA COUNSELING AND FAMILY SERVICES,** | * | CIVIL ACTION NO. |
| **LCFS ACCESS TO ALL,** | * | 2:07-cv-134 |
| **LCFS COUNSELING, and** | | |
| **JEFFREY THORNTON, Individually** | * | |
| Plaintiffs | | |
| v. Defendants | * | |
| **SKYLINE CHILI RESTAURANT.** | | |
| **WAFFLE HOUSE,** | | |
| **RIVERFRONT PIZZA AND** | | |
| **JOHN DOE SHOPPING CENTER OWNER** | | |
| **OF ABOVE NAMED STORES** | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PARTIAL AGREED ORDER OF DISMISSAL

By agreement of the Plaintiffs and Defendant Westside Development Corporation, heretofore named as John Doe Shopping Center Owner, it is hereby ordered that all claims against Westside Development Corporation are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

This 30th day of June, 2008

Signed By:
D.L. Bunning
United States District Judge

Hon. David L. Bunning
United States District Judge

/s/ Jonathan Bruce
Jonathan Bruce (89605)
300 Madison Avenue, Suite 200
Covington, KY 41011
859-431-5297

James W. Lippert
James W. Lippert
Brown, Lippert & Laite
Suite 640 Cincinnati Club Building
30 Garfield Place
Cincinnati, OH 45202